# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| RODERICK CARMICHAEL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:21-cv-00096-LCB-JHE |
| DR. HOOPER, et al., | ) |
| Defendants. | ) |

## FINAL JUDGMENT

In accordance with the contemporaneously entered Memorandum Opinion and with Rule 58 of the FEDERAL RULES OF CIVIL PROCEDURE, the court **ORDERS** that defendants Dr. Prem Gulati, CRNP Charles Hooper, and Nurse Tammi Castleberry's motion for summary judgment (Doc. 11) is **GRANTED** on the plaintiff's Eighth Amendment claim for deliberate indifference to medical needs and that claim is **DISMISSED WITH PREJUDICE**.

The court further **ORDERS** that the plaintiff's state law claim for medical malpractice is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1367(c).

Costs are taxed to the plaintiff.

For information regarding the cost of appeal, see the attached notice.

**DONE** and **ORDERED** February 3, 2022.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE

**United States Court of Appeals**
**Eleventh Circuit**
**56 Forsyth Street, N.W.**
**Atlanta, Georgia 30303**

David J. Smith                                                                In Replying Give Number
Clerk of Court                                                                of Case and Names of Parties

## NOTICE TO PRISONERS CONCERNING CIVIL APPEALS

The Prison Litigation Reform Act of 1995 **REQUIRES** that <u>all</u> prisoners pay the Court's $500.00 docket fee plus $5.00 filing fee (for a total of $505.00) when appealing any civil judgment.

If you wish to appeal in a civil case that Act **requires** that upon filing a notice of appeal you *either*:

(1)   Pay the total $505.00 fee to the clerk of the district court from which this case arose; *or*

(2)   arrange to have a prison official certify to the district court from which the appeal arose the <u>average</u> monthly deposits and balances in your prison account for each of the six months preceding the filing of a notice of appeal.

If you proceed with option (2) above, the Act requires that the district court order you to pay an *initial partial fee* of at least 20% of the **greater** of either the <u>average</u> monthly deposits or of the <u>average</u> monthly balances shown in your prison account. The remainder of the total $505.00 fee will thereafter be deducted from your prison account each month that your account balance exceeds $10.00. Each such monthly deduction shall equal 20% of all deposits to your prison account during the previous month, until the total $505.00 fee is paid. (If your prison account statement shows that you cannot pay even the required *initial partial fee*, your appeal may nevertheless proceed, BUT THE TOTAL $505.00 FEE WILL BE ASSESSED AGAINST AND WILL BE DEDUCTED FROM FUTURE DEPOSITS TO YOUR PRISON ACCOUNT.)

Fees are not refundable, regardless of outcome, and deductions from your prison account will continue until the total $505.00 fee is collected, even if an appeal is unsuccessful.

David J. Smith
Clerk

PLRA Notice